In the Matter of the Application of THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Relative to Acquiring Title to the Lands, Tenements and Hereditaments Required for the Purpose of Opening Whittier Street from Hunt's Road to Whitlock Avenue, in the Twenty-third Ward of the City of New York.
CHARLES D. DICKEY, Appellant; THE CITY OF NEW YORK et al., Respondents.

*Matter of the Mayor*, 46 App. Div. 52, affirmed.
(Argued April 17, 1900; decided May 1, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 8, 1899, reversing an order of Special Term denying a motion to confirm the report of the commissioners of estimate and assessment of the city of New York, and referring the said report back to the commissioners, with a direction to limit the assessments for benefit to one-half of the value of the property assessed as valued by the tax commissioners for the purpose of taxation for the year 1896, and confirming the said report.

*Tompkins McIlvaine* for appellant.

*John Whalen, Corporation Counsel (John P. Dunn* and *Thomas C. Blake* of counsel), for respondents.

Order affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN and LANDON, JJ. Absent: VANN, J.